# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **Tekelec,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**Verint Systems Inc.,**<br><br>      **Defendant.** | **CASE NO.: 4:10-CV-00244-RAS-DDB** |
| **Verint Systems Inc.,**<br><br>      **Counter-Plaintiff,**<br><br>v.<br><br>**Tekelec**<br><br>      **Counter-Defendant.** | |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

After considering Plaintiff /Counter-Defendant Tekelec Global, Inc. ("Tekelec") and Defendant/Counter-Plaintiff Verint Systems Inc. ("Verint") Stipulation of Dismissal with prejudice, the Court hereby

**ORDERS** that the Stipulation is **GRANTED**.

Pursuant to Fed.R.Civ.P. 41(a)(2) all claims and counterclaims are dismissed with prejudice.

SO ORDERED.
SIGNED this 27th day of March, 2013.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE